```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/20/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTINE MORICONE,

           Plaintiff,

                                  16-cv-03172-ER

R.L. BAXTER BUILDING CORP., ROBERT
BAXTER, and AMANDA BAXTER,           **STIPULATION OF**
                                                **VOLUNTARY DISMISSAL**
                                                **WITH PREJUDICE**

           Defendant(s).
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their undersigned attorneys, that the above-captioned action be dismissed, with prejudice, without costs to any parties.

FRANK & ASSOCIATES, P.C.           FORDHARRISON LLP

By: _/s/ Neil Frank_                             By: _/s/ Alyssa Smilowitz_
Neil Frank, Esq.                                 Eric Su, Esq.
500 Bi-County Blvd., Suite 465          Alyssa M. Smilowitz, Esq.
Farmingdale, NY 11735                 60 East 42nd Street, 51st Floor
Phone: (631) 756-0400                   New York, NY 10165
                                               Phone: (212) 453-5900
Date: December 19, 2016
                                               Date: December 19, 2016
*Attorneys for Christine Moricone*

                                               *Attorneys for Defendants*

SO ORDERED, this ___20th___ day of ___December___, 2016:

_/s/ Edgardo Ramos_
Edgardo Ramos
United States District Judge